Indictment for assault with intent to murder.   Before Judge MILNER.   Whitfield superior court.   April term, 1893.

MADDOX & STARR, for plaintiff in error.
A. W. FITE, solicitor-general, contra.

---

## CARREKER v. THE STATE.

The evidence fully warranted the verdict; there was no error in the charge of the court complained of; the case is absolutely without merit, and the                              *Judgment is affirmed.*
May 15, 1893.

Indictment for larceny from the house.   Before Judge BUTT   Talbot superior court.   March term, 1893.

The evidence seems to be conclusive as to the defendant's guilt.   Among other testimony was that of Weekes, that, on the night of the larceny he caught defendant leaving the store of Weekes & Son, with a box of tobacco under his arm.   Weekes asked him what he had; he replied, "Nothing."   Weekes told him to stop, but he did not stop.   He was pursued by Weekes and Murphy, and hid under a house, where he left the tobacco and got away.   The motion for a new trial alleged, in addition to the general grounds, that the court erred in charging thus: "Was the defendant in the store of Weekes & Son at the time?   If so, did he start out with a box of tobacco under his arm?   Was he called on by Weekes to stop, and did he stop?   These are circumstances for you to look to.   Did he stop when he was called on, or was it necessary for him to run?"

J. J. BULL, by brief, for plaintiff in error.
S. P. GILBERT, solicitor-general, contra.